# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION | : : : : : : : | MDL No. 2380<br><br>No. 4:12-md-2380<br><br>(Judge Kane) |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

## ORDER

**AND NOW**, on this 17th day of July 2014, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 102) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff Alan McMichael's claims alleging breach of express and implied warranties are **DISMISSED WITH PREJUDICE;**

2. Plaintiffs Andrew Harbut and Kris Reid's claims alleging breach of express and implied warranties are not dismissed;

3. Plaintiff Alan McMichael's claim alleging violations of the Magnuson-Moss Warranty Act is **DISMISSED WITH PREJUDICE**;

4. Plaintiffs Andrew Harbut and Kris Reid's claims alleging violations of the Magnuson-Moss Warranty Act are not dismissed;

5. Plaintiffs' claims alleging violations of state consumer fraud laws are not dismissed; and

6. The Courtroom Deputy is directed to contact counsel in order to schedule an upcoming status conference.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania