**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION** | : : : : : : : : | **MDL No. 2380** <br><br>**No. 4:12-md-2380** <br><br>**(Judge Kane)** |
| **THIS DOCUMENT RELATES TO:** | | |
| **ALL CASES** | | |

## O R D E R

**AND NOW,** this 6th day of August 2014, **IT IS HEREBY ORDERED THAT** a status telephone conference will be held on September 3, 2014, at 1:30 p.m. Defendant's counsel shall initiate the conference call. The telephone number of the Court is 717-221-3990.

        S/ Yvette Kane
        Yvette Kane, Judge
        United States District Court
        Middle District of Pennsylvania