IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION, | **CIVIL ACTION NO.** 4:12-MD-2380 |
| THIS ORDER RELATES TO: ALL CASES | Judge Kane |

# CASE MANAGEMENT ORDER NO: 14

**IT IS HEREBY ORDERED** that the following deadlines have been established for this case, and may not be modified by the parties.

| | |
|---|---|
| Close of Fact Discovery: | February 20, 2015 |
| Plaintiffs Report of Experts Due: | March 23, 2015 |
| Defendants Rebuttal Report Due: | May 7, 2015 |
| Close of Expert Discovery: | May 29, 2015 |
| Last Day for Class Certification Motion: | July 17, 2015 |
| Last Day for Daubert Motion: | July 17, 2015 |
| Last Day for Class Certification Opposition: | August 21, 2015 |
| Last Day for Class Certification Reply: | September 30, 2015 |

Fact discovery shall be completed by the parties expeditiously and diligently on or before February 20, 2015. All requests for discovery must be made so as to allow for compliance before the close of discovery. All written requests for continuance of discovery deadlines or trial shall be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C. §473(b)(3).

Discovery related motions shall be filed only after telephone contact with the Court through Deputy Clerk Shawna Cihak at 717-221-3922. **In the event of a discovery dispute, the parties are instructed to contact the Chambers of Chief**

**Magistrate Judge Martin C. Carlson for the scheduling of a telephone conference and, if necessary, to set a briefing schedule regarding the dispute.**

Motions to modify or extend the deadlines established here shall be made before expiration of the time limits has passed. All requests for extensions of discovery deadlines must be made at least thirty (30) days prior to the expiration of the discovery period. Motions will be granted only on exceptional showing of good cause.

Dated: 9/10/2014                              ____s/ *Yvette Kane*_____

                  YVETTE KANE, District Judge
                  Middle District of Pennsylvania