# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION | : : : : : : : | MDL No. 2380<br><br>No. 4:12-md-2380<br><br>(Judge Kane) |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

## ORDER

**AND NOW**, on this 14th day of March 2016, upon consideration of the Parties' Joint Status Report (Doc. No. 156), **IT IS HEREBY ORDERED THAT** the parties shall file a joint motion for preliminary approval of settlement on or before April 1, 2016.

                                                                   s/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   U.S. District Court
                                                                   Middle District of Pennsylvania