# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2380<br><br>Civil Action No. 4:12-md-02380-YK<br><br>(Chief Judge Yvette Kane) |
| THIS DOCUMENT RELATES TO:<br>All Cases | |

## MOTION FOR LEAVE TO FILE A BRIEF
## IN EXCESS OF FIFTEEN PAGES

Plaintiffs Andrew Harbut, Alan McMichael, Kris Reid, and Defendants Shop-Vac Corporation ("Shop-Vac") and Lowe's Home Centers, LLC ("Lowe's") (together, the "Parties"), respectfully submit this Motion for Leave to File a Brief in support of their Joint Motion for Preliminary Approval of Class Settlement, Certification of Settlement Class, and Dissemination of Class Notice ("Joint Motion for Preliminary Approval of Class Settlement") that is in excess of 15 pages and 5,000 words, pursuant to L.R. 7.8(b)(3), and in support thereof aver as follows:

1. Counsel for the Parties are currently finalizing their Brief in support of their Joint Motion for Preliminary Approval of Class Settlement, to be filed with the Court on April 1, 2016. (Dkt. # 157).

2. Due to the complexity of the legal and factual issues that require briefing on the Motion for Preliminary Approval of Class Settlement, including certification of a Settlement Class, the Parties' Brief will be in excess of 15 pages and 5,000 words.

3. While the Parties are working to keep the Brief as concise as possible, the Parties respectfully request leave to file a Brief that does not exceed 10,000 words.

4. The parties expect that their final Brief will be less than 10,000 words, but file the present Motion out of an abundance of caution.

5. Granting this Motion will not delay this matter, as this Motion is filed more than two (2) business days before the date on which the Parties' Brief is due, which is April 1, 2016.

WHEREFORE, the Parties respectfully request that this Court grant the Parties' Motion for Leave to File a Brief in support of the Joint Motion for Preliminary Approval of Settlement that does not exceed 10,000 words.

Dated: March 30, 2016          Respectfully Submitted,

**FARUQI & FARUQI LLP**

By: <u>/s/ Adam Gonnelli</u>
    Adam Gonnelli
    agonnelli@faruqilaw.com
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330

Facsimile: (212) 983-9331

*Interim Class Counsel*

**DILWORTH PAXSON LLP**

By: */s/ Elizabeth Goldstein*
　　Elizabeth Goldstein
　　egoldstein@dilworthlaw.com
Penn National Insurance Plaza
2 North 2nd Street
Suite 1101
Harrisburg, PA 17101
Telephone: (717) 236-4812
Facsimile: (717) 236-7811

*Interim Liaison Counsel*

**LAX LLP**

By: */s/ Robert I. Lax*
　　Robert I. Lax
　　rlax@lax-law.com
380 Lexington Avenue, 31st Floor
New York, NY 10168
Telephone: (212) 818-9150
Facsimile: (212) 208-4309

*Interim Class Counsel*

**MILBERG LLP**

By: */s/ Sanford P. Dumain*
　　Sanford P. Dumain
　　sdumain@milberg.com
　　Andrei Rado
　　arado@milberg.com
　　Jennifer Czeisler
　　jczeisler@milberg.com
One Penn Plaza

New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Interim Class Counsel*

**SIDLEY AUSTIN LLP**

By: */s/ Michael B. Shortnacy*
　　Michael B. Shortnacy
　　mshortnacy@sidley.com
　　Michael L. Mallow
　　mmallow@sidley.com

555 West 5th Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Counsel for Defendants Shop-Vac Corporation and Lowe's Home Centers, LLC*