# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2380<br><br>Civil Action No. 4:12-md-02380-YK<br><br>(Chief Judge Yvette Kane) |
| THIS DOCUMENT RELATES TO:<br>All Cases | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL, AND PLAINTIFFS' APPLICATION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND <u>SERVICE AWARDS TO CLASS REPRESENTATIVES</u>**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Andrew Harbut, Alan McMichael, Kris Reid, David Palomino, and Scott Giannetti hereby move this Court for an entry of Order: (1) granting final approval of the Settlement; (2) granting certification of a nationwide Settlement Class; (3) appointing Andrew Harbut, Alan McMichael, Kris Reid, David Palomino, and Scott Giannetti as representatives of the Settlement Class, and the law firm Dilworth Paxson LLP as Liaison Counsel and the law firms Faruqi & Faruqi, LLP, Lax LLP, Lite DePalma Greenberg, LLC, and Milberg LLP as Class Counsel for the Settlement Class; and (4) granting an award of attorneys' fees, expenses and service awards in the sum of $4,250,000. A copy of the proposed order is attached for the Court's convenience.

1

The Motion is based on the accompanying memorandum of law in support thereof, the Declaration of Robert I. Lax in Support of the Motion for Final Approval of the Proposed Settlement and Application for an Award of Attorneys' Fees and Reimbursement of Expenses, the Declarations of James J. Rodgers, Adam R. Gonnelli, Bruce D. Greenberg, Sanford P. Dumain, Robert I. Lax, Jon Herskowitz, William J. Pinilis, Michael R. Reese, and Bonner C. Walsh, with annexed exhibits, and the Declarations of Andrew Harbut, Alan McMichael, Kris Reid, David Palomino, and Scott Giannetti, as well as any additional written or oral submissions this Court may request or require.

Dated: July 25, 2016                              Respectfully Submitted,

**DILWORTH PAXSON LLP**

By: */s/ James J. Rodgers*
    James J. Rodgers
    jrodgers@dilworthlaw.com
Penn National Insurance Plaza
2 North 2nd Street
Suite 1101
Harrisburg, PA 17101
Telephone: (717) 236-4812
Facsimile: (717) 236-7811

*Interim Liaison Counsel*

**FARUQI & FARUQI LLP**

By: */s/ Adam R. Gonnelli*
Adam R. Gonnelli
agonnelli@faruqilaw.com
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Interim Class Counsel*

**LAX LLP**

By: */s/ Robert I. Lax*
Robert I. Lax
rlax@lax-law.com
380 Lexington Avenue, 31st Floor
New York, NY 10168
Telephone: (212) 818-9150
Facsimile: (212) 208-4309

*Interim Class Counsel*

**MILBERG LLP**

By:   */s/ Sanford P. Dumain*
      Sanford P. Dumain
      sdumain@milberg.com
      Andrei Rado
      arado@milberg.com
      Jennifer Czeisler
      jczeisler@milberg.com
One Penn Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Interim Class Counsel*


**LITE DePALMA GREENBERG LLC**

By:   */s/ Bruce D. Greenberg*
      Bruce D. Greenberg
      bgreenberg@litedepalma.com
570 Broad Street, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0211

*Interim Class Counsel*

**BARON & HERSKOWITZ**
Jon Herskowitz
jon@bhfloridalaw.com
9100 South Dadeland Boulevard
One Datran Center, Suite 1704
Miami, FL 33156
Telephone: (305) 670-0101
Facsimile: (305) 670-2393

*Executive Committee Member*

**PINILISHALPERN LLP**
William J. Pinilis
wpinilis@consumerfraudlawyer.com
160 Morris Street
Morristown, NJ 07962
Telephone: (973) 401-1111
Facsimile: (973) 401-1114

*Executive Committee Member*

**REESE LLP**
Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Executive Committee Member*

**WALSH PLLC**
Bonner C. Walsh
bonner@walshpllc.com
3100 SCR 406
PO BOX 1343
Sonora, TX 76950
Telephone: (903) 200-6069
Facsimile: (866) 503-8206

*Executive Committee Member*