IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EMANUELE DIMARE, et. al. : | Case No. 4:12-md-02380-YK |
| Plaintiffs : |  |
| v. : | Assigned to |
|  : | the Honorable Yvette Kane |
| SHOP-VAC : |  |
| CORPORATION, et. al. : |  |
| Defendants : |  |

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice of my appearance as counsel of record for objector Michelle Vullings:

Brent F. Vullings, Esq.
Vullings Law Group
3953 Ridge Pike
Suite 102
Collegeville, PA 19426
610-489-6060
bvullings@vullingslaw.com

VULLINGS LAW GROUP

Dated: August 12, 2015     By: /s/ *Brent F. Vullings*
                                  Brent F. Vullings, Esq.
                                  Vullings Law Group
                                  3953 Ridge Pike
                                  Suite 102
                                  Collegeville, PA 19426
                                  610-489-6060
                                  bvullings@vullingslaw.com

                                  *Attorney for Objector Michelle Vullings*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance was filed electronically via CM/ECF on August 12, 2016 and served by the same means on all counsel of record, as well as mailed via USPS Mail on the same date to the following:

| Michael B. Shortnacy, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013 | Elizabeth Goldstein, Esq.<br>Dilworth Paxson LLP<br>Penn National Insurance Plaza<br>2 North 2nd Street, Suite 1101<br>Harrisburg, PA 17101 |
|---|---|

/s/ Brent F. Vullings

Brent F. Vullings, Esq.
Vullings Law Group
3953 Ridge Pike
Suite 102
Collegeville, PA 19426
610-489-6060
bvullings@vullingslaw.com

*Attorney for Objector Michelle Vullings*