IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHOP-VAC MARKETING AND
SALES PRACTICE LITIGATION     MDL NO. 2380

THIS DOCUMENT RELATES TO:     NO. 4:12-md-2380

    ALL CASES     (Chief Judge Kane)

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice of my appearance as counsel of record for objector and class member Shirley Morales as follows:

> Mardi Harrison, Esq.
> *Licensed in PA*
> The Law Office of Mardi Harrison
> 125 Edison Furlong Road
> Doylestown, PA 18901
> Mardi@suetheboss.com
> 267-252-1035
> 267-552-6248 (fax)

Please add this contact information for all future emails, correspondences and proofs of services related to the settlement of the above-captioned matter.

> */s/ Mardi Harrison*
> Mardi Harrison, Esq.
> *Licensed in PA*
> The Law Office of Mardi Harrison
> 125 Edison Furlong Road
> Doylestown, PA 18901
> Mardi@suetheboss.com
> 267-252-1035
> 267-552-6248 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August _____, 2016, and served by the same means on all counsel of record.

>*/s/ Mardi Harrison*
>Mardi Harrison, Esq.