# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUELE DIMARE, et. al.**  :<br>    **Plaintiffs**              :<br>                                :<br>        **vs.**                :<br>                                :<br>**SHOP-VAC CORPORATION, et. al.** :<br>    **Defendants**             :<br>                                : | Case No. 4:12-md-02380-YK |

## NOTICE OF APPEAL

Objector, Michelle W. Vullings, appeals the Memorandum re: Motion for Settlement Final Approval of Class Settlement, Certification of Settlement Class, Appointment of Class Representatives and Class Counsel, and Plaintiffs' Application for Award of Attorneys' Fees, Reimbursement of Expenses [Doc. 211] and Order Granting Motion for Settlement Final Approval of Class Settlement, Certification of Settlement Class, Appointment of Class Representatives and Class Counsel, and Plaintiffs' Application for Award of Attorneys' Fees, Reimbursement of Expenses [Doc. 212] entered on December 9, 2016.


Dated: December 19, 2016

VULLINGS LAW GROUP, LLC

By:  */s/ Brent F. Vullings*
   Attorney for Objector Michelle Vullings
   3953 Ridge Pike, Suite 102
   Collegeville, PA 19426
   610-489-6060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on December 19, 2016 and served by the same means on all counsel of record.

Dated: December 19, 2016

                                            By:    */s/ Brent F. Vullings*
                                                        Attorney for Objector Michelle Vullings
                                                         3953 Ridge Pike, Suite 102
                                                        Collegeville, PA 19426
                                                        610-489-6060