# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHOP-VAC MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2380<br><br>Civil Action No. 4:12-md-02380 |
| THIS DOCUMENT RELATES TO:<br>All Cases | (Judge Kane) |

## MOTION OF CLASS PLAINTIFFS TO COMPEL OBJECTOR-APPELLANT MICHELLE W. VULLINGS TO POST AN APPEAL BOND, PURSUANT TO FED. R. APP. P. 7

Class plaintiffs hereby move this Court for an Order compelling Objector-Appellant Michelle W. Vullings to post an appeal bond, pursuant to Fed. R. App. P. 7. This motion is supported by the accompanying Memorandum of Law and the Declarations of Richard Bithell and James J. Rodgers, Esq.

Dated:  December 22, 2016          Respectfully Submitted,


/s/ James J. Rodgers
**DILWORTH PAXSON LLP**
James J. Rodgers
Penn National Insurance Plaza
2 North 2nd Street, Suite 1101
Harrisburg, Pennsylvania 17101

And

1500 Market St.
Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7143
Facsimile: (215) 575-7200

119392587_1

Email: jrodgers@dilworthlaw.com
*Liaison Counsel*

*Other Counsel for the Moving Parties are identified at the conclusion of the Memorandum.*