IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHOP-VAC MARKETING AND
SALES PRACTICE LITIGATION     MDL NO. 2380

THIS DOCUMENT RELATES TO:     NO. 4:12-md-2380

    ALL CASES     (Chief Judge Kane)

## NOTICE OF APPEAL

Objector and Appellant, Shirley Morales, hereby appeals the Final Approval Order filed on December 9, 2016 as docket entry 212.

    */s/ Mardi Harrison*
    Mardi Harrison, Esq.
    *Licensed in PA, # 72647*
    The Law Office of Mardi Harrison
    125 Edison Furlong Road
    Doylestown, PA 18901
    www.suetheboss.com
    267-252-1035
    267-552-6248 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August _____, 2016, and served by the same means on all counsel of record.

    */s/ Mardi Harrison*
    Mardi Harrison, Esq.