**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EMANUELE DIMARE, et. al.**  :  **Plaintiffs** : : **vs.** : : **SHOP-VAC CORPORATION, et. al.**  :  **Defendants** : : | Case No. 4:12-md-02380-YK |

**NOTICE OF APPEAL**

Objector, Michelle W. Vullings, appeals the ORDER granting in part and denying in part Motion to Compel and Ordering Objector-Appellant Michelle Vullings to file a bond in the amount of $5,000 [Doc. 227] entered on February 8, 2017.

Dated: February 20, 2017

VULLINGS LAW GROUP, LLC

By:   */s/ Brent F. Vullings*
Brent F. Vullings, Esq.
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060
*Attorney for Objector*
*Michelle Vullings*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on February 20, 2017 and served by the same means on all counsel of record.

Dated: February 20, 2017

By:     */s/ Brent F. Vullings*
Brent F. Vullings, Esq.
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060
*Attorney for Objector*
*Michelle Vullings*
